OPINION — AG — ** NEPOTISM — HUMAN SERVICES ** (1) 21 O.S. 481 [21-481] OF THE NEPOTISM STATUTES PROHIBITS A MEMBER OF THE COMMISSION FOR HUMAN SERVICES (WELFARE) FROM APPOINTING OR VOTING FOR THE APPOINTMENT OF ANY PERSON RELATED TO HIM BY AFFINITY OR CONSANGUINTY WITHIN THE THIRD DEGREE TO ANY POSITION OR EMPLOYMENT WITHIN THE DEPARTMENT OF HUMAN SERVICES. (2) 73-136, WHICH REAFFIRMED TWO PRIOR A.G. OPINIONS EXEMPTING EMPLOYEES OF THE MERIT SYSTEM OF PERSONNEL ADMINISTRATION FROM THE NEPOTISM PROHIBITIONS OF 21 O.S. 484 [21-484], IS CURRENTLY VALID. (COMMISSIONS, RELATIVES, POOR PERSONS) CITE: 21 O.S. 481 [21-481], 21 O.S. 482 [21-482] [21-482], 21 O.S. 483 [21-483], 21 O.S. 484 [21-484] [21-484], 56 O.S. 26.17 [56-26.17], 56 O.S. 162.1 [56-162.1] [56-162.1](B), 74 O.S. 801 [74-801], OPINION NO. 73-136 (MERIT SYSTEM, APPOINTMENT) (PATRICIA REDD DEMPS)